

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

December 30, 2020

**VIA ECF**
Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   Cruz v. 32 Degrees Below LLC; Case No: 1:20-cv-05653-ALC

To the Honorable Judge Carter,

    This firm represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

    On August 13, 2020, the case was inadvertently closed as to all Defendants. Although Defendant 32 Degrees Below LLC was dismissed, David Peyser Sportswear, Inc. is still a remaining active Defendant. Accordingly, the undersigned requests that the case be reopened, and an initial conference be scheduled in this matter.

    Thank you for your consideration in this matter.

                Respectfully submitted,

                /S/ Joseph H. Mizrahi
                Joseph H. Mizrahi, Esq.